UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DENISE MURDOCK and MYRTLE MURDOCK,

        Plaintiffs,

v.                                                      Case No: 2:15-cv-268-FtM-38CM

SANTANDER CONSUMER USA INC. and AMERICAN RECOVERY SPECIALISTS, INC.,

        Defendants.
                                         /

**ORDER**[1]

This matter comes before the Court on Plaintiff Denise Murdock and Myrtle Murdock's Notice of Voluntary Dismissal Without Prejudice (Doc. #44) and Response to Order to Show Cause (Doc. #45) filed on September 8, 2015. Plaintiffs dismiss the above-captioned case as against Defendant American Recovery Specialists, Inc. without prejudice, as Defendant American Recovery Specialist is not a proper party to this action. (Doc. #45 at ¶ 5). Only Defendant Santander Consumer USA Inc. is to remain in this action.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

(1) Plaintiff Denise Murdock and Myrtle Murdock's Notice of Voluntary Dismissal Without Prejudice (Doc. #44) is **GRANTED**.

(2) Counts VIII, IX, X, and XI of the Verified Amended Complaint (Doc. #26) are **DISMISSED without prejudice.**

**DONE** and **ORDERED** in Fort Myers, Florida this 10th day of September, 2015.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record