UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DENISE MURDOCK and MYRTLE
MURDOCK,

    Plaintiffs,

v.                                                                 Case No: 2:15-cv-268-FtM-38CM

SANTANDER CONSUMER USA
INC., PATRICK K. WILLIS
COMPANY INC. D/B/A
AMERICAN RECOVERY
SERVICE and ABS RECOVERY,
INC.,

    Defendants.

## ORDER

This matter comes before the Court upon review of Defendant Santander Consumer USA, Inc.'s Agreed Motion for Enlargement of Pretrial Deadlines (Doc. 53) filed on February 1, 2016. For the reasons stated herein, the motion is due to be granted.

Plaintiffs filed their initial complaint in the Circuit Court in Lee County, Florida against Defendant Santander Consumer USA Inc. ("Santander") and American Recovery Services Inc. Doc. 2. On April 29, 2015, Defendant Santander filed a Notice of Removal removing the case to this Court. Doc. 1. Subsequently, Defendant Santander filed a Motion to Dismiss Plaintiffs' Complaint and Motion to Compel Arbitration ("First Motion to Compel Arbitration"). Doc. 13. The First Motion to Compel Arbitration became ripe on June 29, 2015. *See* Docs. 21, 22. Due

to Plaintiffs' difficulties in identifying the proper Defendants[1], they have twice moved to amend their complaint. Docs. 23, 47. Defendant Santander has responded to each of Plaintiffs' first and second amended complaints by filing a Motion to Dismiss and to Compel Arbitration. Docs. 30, 52. Defendant Santander's Third Motion to Compel Arbitration (Doc. 52) currently is pending before the Court and is not yet ripe. Plaintiffs' response is due by February 25, 2016. Doc. 56.

Plaintiffs' operative complaint, the second amended complaint (Doc. 49), lists two additional defendants, Patrick K. Willis Company Inc. d/b/a American Recovery Service and ABS Recovery Inc. (collectively "co-Defendants"). The Co-Defendants were served on January 19, 2016 and, with leave of Court, filed a late answer on February 22, 2016. Doc. 61. Defendant Santander moves the Court to extend the pretrial deadlines in the Case Management and Scheduling Order ("CMSO") and has provided a list of proposed extended deadlines. Doc. 53 at 4. Plaintiffs do not oppose the relief requested. The co-Defendants have not filed a response, and the deadline to do so has expired. Failure to file a response creates a presumption that the motion is unopposed. *Great American Assur. Co. v. Sanchuk, LLC*, No. 8:10–cv–2568–T–33AEP, 2012 WL 195526, at *3 (M.D. Fla. 2012) (citation omitted).

The Court finds good cause to extend the deadlines; however, it will extend each of the requested deadlines by 80 days. Additionally, the CMSO states that the Court requires at least four (4) months before trial to receive memoranda in

---

[1] On September 8, 2015, Plaintiffs dismissed their action against American Recovery Services Inc. Doc. 44.

opposition to a motion for summary judgment, and to research and resolve the dispositive motion sufficiently in advance of trial. Doc. 40 at 4. The trial term in this case is scheduled for August 1, 2016. Id. at 2. It is appropriate, therefore, to extend the trial term to November 7, 2016 and the final pretrial conference to October 28, 2016.[2]

ACCORDINGLY, it is hereby

**ORDERED:**

1. Defendant Santander Consumer USA, Inc.'s Agreed Motion for Enlargement of Pretrial Deadlines (Doc. 53) is **GRANTED**.

2. An Amended Case Management and Scheduling Order will be issued by separate Order.

3. All other directives set forth in the Case Management and Scheduling Order (Doc. 40) remain unchanged.

**DONE** and **ORDERED** in Fort Myers, Florida on this 23rd day of February, 2016.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record

---

[2] The trial term and the final pretrial conference dates are selected to accommodate Judge Chappell's 2016 trial calendar.